

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-21-00586-CV

**IN THE MATTER OF I.H.,** child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-24053
Honorable Laura Salinas, Judge Presiding

# O R D E R

On March 9, 2022, we ordered the district clerk to file a supplemental clerk's record with a copy of a missing final judgment dated November 29, 2021 by March 24, 2022. In the order, we also suspended the appellate deadlines. On March 15, 2022, the district clerk complied with our order, making the appellate record complete. Accordingly, we reinstate the appellate deadlines and **order** appellant to file his brief **by April 22, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court